# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0268

VERSUS

DAVID PEEK                                                  **MAY 20, 2024**

---

In Re:    David Peek, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 15-
          CR-128943.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.** The records of the Washington Parish
Clerk of Court's Office reflect that the district court acted on
relator's "Notice of Intent to Seek Writs" on October 13, 2022.

                          **PMc**
                          **CHH**
                          **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT